MICHAEL J. STORTZ (SBN 139386)
Michael.Stortz@klgates.com
ANDREW J. WU (SBN 326268)
Andrew.Wu@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
HP Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DAVIS and GARY DAVIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HP, INC.,<br><br>  Defendant. | Case No. 4:23-cv-02114-DMR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT HP INC. TO RESPOND TO COMPLAINT**<br><br>**Local Rule 6-1(a)**<br><br>Hon. Donna M. Ryu |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Justin Davis and Gary Davis ("Plaintiffs") and Defendant HP Inc. ("HP"), by and through their respective counsel, as follows:

1. Plaintiffs filed the Complaint in this matter on May 1, 2023 (Dkt. No. 1).
2. Plaintiffs served the Complaint on HP on or about May 3, 2023.
3. HP's current deadline to answer or otherwise respond to the Complaint is May 24, 2023.
4. Counsel for Plaintiff and counsel for HP have met and conferred, and Plaintiff has agreed to an extension of thirty (30) days, up to and including June 23, 2023, for HP to respond to the Complaint.
5. The stipulated extension will not alter the date of any event of any deadline already fixed by Court order.

NOW, THEREFORE, the parties hereby stipulate that HP shall have up to and including June 23, 2023 to file its response to the Complaint.

**IT IS SO STIPULATED.**

Dated: May 12, 2023                K&L GATES LLP

                                    By: /s/ Michael J. Stortz
                                        Michael J. Stortz
                                        Andrew J. Wu
                                        *Attorneys for Defendant*
                                        *HP Inc. d/b/a HP Computing and Printing Inc.*

Dated: May 12, 2023                MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

                                    By: /s/ Trenton R. Kashima
                                        Trenton R. Kashima
                                        *Attorneys for Plaintiffs*
                                        *Justin Davis and Gary Davis*

SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned hereby attests that all signatories on whose behalf this filing is submitted concur in the filing of this document.

Dated: May 12, 2023                          By: /s/ Michael J. Stortz
                                                    Michael J. Stortz