Russell Busch
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (630) 796-0903
rbusch@milberg.com

*Attorney for Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DAVIS and GARY DAVIS, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>HP, INC.,<br><br>       Defendant. | Case No. 4:23-cv-02114-YGR<br><br>**JOINT MOTION AND STIPULATION RE: DEFENDANT'S MOTION TO DISMISS BRIEFING SCHEDULE; AND [~~PROPOSED~~] ORDER**<br><br>Hon. Yvonne Gonzalez Rogers |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Justin Davis and Gary Davis ("Plaintiffs") and Defendant HP Inc. ("HP") (collectively, the "Parties"), by and through their respective counsel, as follows:

WHEREAS, on November 16, 2023, the Court set a scheduling order for Plaintiffs' First Amended Complaint and Defendant's then-anticipated Motion to Dismiss Plaintiffs' First Amended Complaint;

WHEREAS, on November 22, 2023, Plaintiffs filed their First Amended Complaint (Dkt. No. 31);

WHEREAS, on December 13, 2023, Defendant filed its motion to dismiss (Dkt. No. 32) (the "the MTD");

WHEREAS, due to counsel's holiday travel and attorney illness, the Parties agreed to the need to extend the current MTD briefing schedule;

NOW, THEREFORE, the Parties hereby jointly move the Court to modify the scheduling order deadlines as follows:

| Briefing Schedule | Current Date | Proposed New Date |
|---|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | January 3, 2024 | January 9, 2024 |
| Defendant's Reply in Support of Motion to Dismiss | January 16, 2024 | January 23, 2024 |
| Hearing on Defendant's Motion to Dismiss | January 30, 2024 | February 6, 2024 |

| | | |
|---|---|---|
| 1 | Dated: January 2, 2024 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| | | By: /s/ *Russell Busch* |
| | | Russell Busch |
| | | *Attorney for Plaintiffs* |
| | Dated: January 2, 2024 | **K&L GATES LLP** |
| | | By: /s/ *Andrew J. Wu* |
| | | Andrew J. Wu |
| | | Michael J. Stortz |
| | | *Attorneys for Defendant HP Inc.* |

SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned hereby attests that all signatories on whose behalf this filing is submitted concur in the filing of this document.

Dated: January 2, 2024         By: /s/ *Russell Busch*
                                                Russell Busch

## [~~PROPOSED~~] ORDER

Having reviewed the Parties' Joint Motion and Stipulation, and for good cause shown, the Court hereby orders as follows:

The briefing schedule set out in the parties' January 2 Motion and Stipulation is hereby adopted.

**IT IS SO ORDERED.**

DATED: January 4, 2023

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE